# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**Brittany Adams on behalf of**  **Plaintiff**
**Decedent Lyle Dean Guthrie**

**v.**                    **No. 3:13CV00172 JTR**

**Carolyn W. Colvin, Acting Commissioner,**
**Social Security Administration**           **Defendant**

## JUDGMENT

Consistent with an Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 26th day of August, 2014.

_____
UNITED STATES MAGISTRATE JUDGE